

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 10-1165-DMG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDRA ABIGAIL SILVA,<br><br>    Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//

//

1       The court concludes:
2   A.   ( )   Defendant poses a risk to the safety of other persons or the community
3             because defendant has not demonstrated by clear and convincing
4             evidence that:
5             _____
6             _____
7             _____
8             _____
9
10  (B)  (✓)  Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence~~that:~~
12            _____
13            _____
14            _____
15            _____
16
17      IT IS ORDERED that defendant be detained.
18
19  DATED: 12/29/2010
20
21
22                              *signature*
23                              JOHN E. MCDERMOTT
                                UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

2